UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| WESLEY I. NUNN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JENNIFER M. FENSWICK, et al.,<br><br>　　　　Defendants._____/ | No. 1:11-CV-01545 NJV<br><br>ORDER RE APPLICATION FOR SERVICE OF JENNIFER FENSWICK BY PUBLICATION<br>(Docket No. 21) |

   This case is stayed pursuant to the Court's order entered July 18, 2011. (Docket No. 20.) Plaintiff's ex parte application will not be considered by the Court until after the stay is lifted.

Dated: August 8, 2011

　　　　　　　　　　　　　　　　　NANDOR J. VADAS
　　　　　　　　　　　　　　　　　United States Magistrate Judge