IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY I. NUNN,<br><br>      Plaintiff,<br><br>  v.<br><br>JENNIFER M. FENSWICK, MELISSA A. LEBLANC, and DOES 1 THROUGH 10,<br><br>      Defendants,<br>_____/ | No. CV 11-1545 NJV<br><br>**ORDER SETTING STATUS CONFERENCE** |

      Plaintiff Wesley Nunn is seeking damages and a declaratory judgment against Defendants Melissa LeBlanc and Jennifer Fenswick. On May 31, 2001, LeBlanc moved to dismiss the complaint. (Doc. No. 7.) On July 17, 2011, this Court terminated LeBlanc's motion to dismiss without ruling on its merits and stayed the action pending resolution of parallel state proceedings. (Doc. No. 20.) On November 6, 2012, the California Court of Appeal, First Appellate District Division Five, affirmed the Superior Court's order dismissing Nunn's action. *See Nunn v. Fenswick*, A132141 (2012). In light of that ruling, this Court schedules a status conference for March 20, 2012 at 2:30 p.m. The Court will vacate the status conference if the parties file a stipulation of dismissal before that date.

      **IT IS SO ORDERED.**

Dated: March 14, 2012

                                                   NANDOR J. VADAS
                                                   United States Magistrate Judge